

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@dlapiper.com
T  302.468.5661
F  302.778.7813

December 7, 2021
*VIA CM/ECF & HAND DELIVERY*

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

> **Re:** *Fundamental Innovation Systems International LLC v. Lenovo (United States), Inc. et al.*, C.A. No. 20-cv-551-CFC

Dear Judge Connolly:

Pursuant to the Court's November 23, 2021 Order (D.I. 68), the parties have conferred and hereby consent to have their proposed early motion for summary judgment decided by Magistrate Judge Burke. Accordingly, the parties respectfully renew their request for leave to file an early summary judgment motion concerning Lenovo's license defense and consent to the motion being referred to Magistrate Judge Burke pursuant to 28 U.S.C. §636(c) for resolution. The parties attach herewith the signed Form AO85A providing consent to refer the motion to Magistrate Judge Burke.

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Brian A. Biggs*
Brian Biggs (DE Bar No. 5591)
*Counsel for Defendants*

CC: All Counsel of Record (by CM/ECF and Email)

WEST\296842263.1